AO 91 (rev.11/11) Criminal Complaint           AUTHORIZED AND APPROVED DATE: DHD 6-30-22

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>Dreyvin Ezekiel Black ) | Case No: M-22- 484- AMG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 27, 2022, within the Western District of Oklahoma, the defendant, Dreyvin Ezekiel Black, violated

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit of Officer Jeffrey Reed, Federal Bureau of Investigation, which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

*Complainant's signature*

Jeff Reed
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: 6/30/22

*Judge's signature*

City and State: Oklahoma City, Oklahoma

AMANDA MAXFIELD GREEN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA    )
                               )
COUNTY OF OKLAHOMA  )

## AFFIDAVIT

I, Jeff Reed, having been duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since 2016. I am currently assigned to the Oklahoma City Field Office. In my capacity as a TFO, I am empowered to investigate violations of the laws of the United States, make arrests, and execute warrants issued under the authority of the United States.

2. During the course of my career in law enforcement, I have participated in and have received training in criminal investigations involving violations of federal firearms laws. I have used a variety of methods when investigating firearms related crimes, including, but not limited to, visual surveillance, witness interviews, search warrants, confidential informants, undercover agents, mobile tracking devices, and consent searches.

3. I am familiar with the facts and circumstances of the investigation set forth below based upon my personal investigation, discussions with other law enforcement personnel, and my review of records and documents relating to this investigation. The information in this Affidavit is presented for the limited purpose of seeking a criminal complaint and arrest warrant for **DREYVIN EZEKIEL BLACK ("BLACK")**, a male with date of birth (DOB) XX/XX/1997, for being a felon in possession of a firearm, in

violation of 18 U.S.C. § 922(g)(1). Because this Affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included every fact known to me concerning this investigation. Instead, I have listed those facts that I believe necessary to establish probable cause to believe that **BLACK** committed the above identified crime.

4. On June 27, 2022, at approximately 11:58 a.m., Oklahoma City Police Department (OCPD) officers were looking for **BLACK** due to him having a felony arrest warrant for Assault and Battery with a Dangerous Weapon out of Oklahoma County.

5. **BLACK** was seen outside the Ramada Inn located at 2200 S. Meridian Ave. in Oklahoma City, Oklahoma, which is located within the Western District of Oklahoma.

6. OCPD Officers arrested **BLACK** near the front doors of the Ramada Inn. During the search incident to arrest of **BLACK**, he told an Officer he had a gun in his pocket. The Officer then recovered a Taurus, model G3C, 9mm pistol, with serial number ABG728160, from **BLACK's** front right pocket of his pants. The pistol was magazine loaded with twelve 9mm live rounds.

7. Based upon the make and model of this firearm, and my training and experience, I have probable cause to believe that this weapon was not manufactured in Oklahoma and therefore had to cross state lines to reach Oklahoma, thereby affecting interstate commerce.

8. A review of **BLACK's** criminal history shows a felony conviction for Assault & Battery with a Deadly Weapon in Oklahoma County District Court in 2015.

9. Based on the above facts and circumstances, I submit that there is probable cause to believe that **DREYVIN EZEKIEL BLACK**, a convicted felon, possessed a firearm within the Western District of Oklahoma on June 27, 2022, in violation of 18 U.S.C. § 922(g)(1).

FURTHER, YOUR AFFIANT SAYETH NOT.

*/s/ Jeff Reed*
JEFF REED
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on this 30th day of June, 2022.

*/s/ Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
United States Magistrate Judge

3